**JUDGE CHIN**

# 05 CV 2141

TERMED REFER
TRANSF

U.S. District Court
for the District of New Mexico (Albuquerque)

CIVIL DOCKET FOR CASE #: 04-CV-660

City of Sterling v. Abbey National, PLC, et al   Filed: 06/10/04
Assigned to: District Judge James O. Brownin  ury demand: Plaintiff
  Referred to: Chief Magistrate Lorenzo F. Garcia
Demand: $0,000        Nature of Suit: 890
Lead Docket: None       Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1331 Fed. Question: Securities Violation

CITY OF STERLING HEIGHTS  ~~Raynare~~
POLICE AND FIRE RETIREMENT  [COR LD NTC ret]
SYSTEM, THE, Individually and Ronald Bell & Associates, PC
on behalf of all other    610 Seventh, NW
similarly situated      Albuquerque, NM 87102
  plaintiff        (505) 242-7979

            ~~Lionel Z. Glancy~~
            [COR LD NTC ret]
            ~~Michael Goldberg~~
            FTS 201-9160
            (310) 201-9150
            [COR LD NTC ret]
            ~~Peter A. Binkow~~
            [COR LD NTC ret]
            Glancy Binkow & Goldberg LLP
            1801 Avenue of the Stars
            #311
            Los Angeles, CA 90067
            (310) 201-9150
            FTS 201-9157

            ~~Michael VanOverbeke~~
            FTS 578-1201
            (313) 578-1200
            [COR LD NTC ret]
            ~~Michael Roza~~
            FTS 578-1201
            (313) 578-1200
            [COR LD NTC ret]
            VanOverbeke Michaud & Timmony
            79 Alfred St
            Detroit, MI 48201
            (313) 578-1200
            FTS 578-1201

            Powell Miller, Esq.

CERTIFIED a True Copy of the
original filed in my office.
_____ Clerk.
by _____
  Deputy

Docket as of February 8, 2005 10:25 am       Page 1

```
             .nclude all events.
             ty of Sterling v. Abbey National, PLC, et al          TERMED
                                                                          REFER
                                                                   TRANSF
                                     [COR LD NTC ret]
                                     Miller Shea PC
                                     1301 West Long Lake Rd
                                     #135
                                     Troy, MI 48098
                                     (248) 267-8200
                                     FTS 267-8211

                                     Howard G. Smith, Esq.
                                     [COR LD NTC ret]
                                     3070 Bristol Pike
                                     #112
                                     Bensalem, PA 19020
                                     (215) 638-4847
                                     FTS 638-4867

       v.

  ABBEY NATIONAL, PLC                Luis G. Stelzner
       defendant                     FTS 842-8890
                                     [COR LD NTC ret]
                                     Robert P. Warburton,
                                     FTS 842-8890
                                     (505) 247-0411
                                     [COR LD NTC ret]
                                     Sheehan, Sheehan & Stelzner
                                     PO Box 271
                                     Albuquerque, NM 87103
                                     (505) 247-0411
                                     FTS 842-8890

                                     Jennifer L Kroman
                                     FTS 225-3999
                                     (212) 225-2648
                                     [COR LD NTC ret]
                                     Cleary Gottlieb Steen &
                                     Hamilton LLP
                                     One Liberty Plaza
                                     New York, NY 10006
                                     (212) 225-2000
                                     FTS 225-3999

  IAN HARLEY
       defendant
```

```
                  include all events.                              TERMED
                  ty of Sterling v. Abbey National, PLC, et al              REFER
                                                                   TRANSF
 6/10/04   1      COMPLAINT for breach of fiduciary duty & violations of
                  Federal Securities Law w/jury demand (2 Summons(es) issued)
                  (referred to Chief Magistrate Lorenzo F. Garcia) (emr)
                  [Entry date 06/14/04]

 6/10/04   --     FILING FEE PAID: on 6/10/04 in the amount of $150.00,
                  receipt #: 49628. (emr) [Entry date 06/14/04]

 6/10/04   --     LETTER re: consent to proceed before a US Magistrate Judge
                  (emr) [Entry date 06/14/04]

 8/18/04   2      MOTION by plaintiff for appointment as lead pltf & for
                  approval of lead pltf's selection of co-lead counsel (vv)
                  [Entry date 08/18/04]

 8/18/04   3      MEMORANDUM by plaintiff in support of motion for
                  appointment as lead pltf & for approval of lead pltf's
                  selection of co-lead counsel [2-1] (vv)
                  [Entry date 08/18/04]

 8/18/04   4      DECLARATION of Raynard Struck re motion for appointment as
                  lead pltf & for approval of lead pltf's selection of
                  co-lead counsel [2-1] (vv) [Entry date 08/18/04]

 9/20/04   5      ENTRY OF APPEARANCE for defendant Abbey National, PLC by
                  Luis G. Stelzner, Robert P. Warburton, Jennifer L Kroman *
                  (vv) [Entry date 09/21/04]

 9/20/04   6      NOTICE by defendant Abbey National, PLC of consent to
                  proceed before US Magistrate Judge * (vv)
                  [Entry date 09/21/04]

 9/21/04   7      CERTIFICATE of service by defendant Abbey National, PLC of
                  entry of appearance & consent to proceed before US
                  Magistrate Judge * (vv) [Entry date 09/21/04]

 9/22/04   8      UNOPPOSED MOTION by defendant Abbey National, PLC for
                  entry of stipulation & order * (vv) [Entry date 09/22/04]

 9/22/04   9      CERTIFICATE of service by defendant Abbey National, PLC of
                  mtn for entry of stipulation & order to counsel on 9/22/04
                  * (vv) [Entry date 09/22/04]

 9/29/04   10     MINUTE ORDER: Case reassigned from Magistrate Judge Scott
                  to District Judge James O. Browning (cc: all counsel*) (vv)
                  [Entry date 09/29/04]

10/15/04   11     DECLARATION of Raynard Struck in support of Notice of
                  non-opposition & memorandum in further support of mtn to
                  appoint counsel [Notice attached to the Declaration] (vv)
                  [Entry date 10/18/04]

10/28/04   12     NOTICE by plaintiff of affidavit of service (vv)
                  [Entry date 10/29/04]
```

```
                  include all events.
                  :y of Sterling v. Abbey National, PLC, et al         TERMED
                                                                       REFER
                                                                       TRANSF

11/19/04   13     ORDER by District Judge James O. Browning granting pltf's
                  motion for appointment as lead pltf & for approval of lead
                  pltf's selection of co-lead counsel [2-1] [See Order for
                  specifics] (cc: all counsel) (vv) [Entry date 11/19/04]

11/19/04   14     STIPULATION and ORDER by District Judge James O. Browning :
                  granting deft's motion for entry of stipulation & order
                  [8-1] as described herein (cc: all counsel) (vv)
                  [Entry date 11/19/04]

1/28/05    15     NOTICE by defendant Abbey National, PLC of change of firm
                  name & legal status (vv) [Entry date 01/28/05]

2/3/05     16     UNOPPOSED MOTION by defendant Abbey National, PLC for
                  entry of stipulation & order for change of venue * (vv)
                  [Entry date 02/03/05]

2/4/05     17     CERTIFICATE of service by defendant Abbey National, PLC of
                  mtn for entry of stipulation & order for change of venue to
                  counsel on 2/4/05 (vv) [Entry date 02/04/05]

2/8/05     18     STIPULATION and ORDER by District Judge James O. Browning:
                  continuing time to file amended complaint (cc: all counsel)
                  (vv) [Entry date 02/08/05]

2/8/05     19     STIPULATED ORDER by District Judge James O. Browning
                  granting joint motion for entry of stipulation & order for
                  change of venue [16-1] Case transferred to Dist of: New
                  York [Southern] (cc: all counsel) (vv) [Entry date 02/08/05]

2/8/05     --     LETTER from USDC-NM to USDC-NY [Southern] re change of
                  venue (vv) [Entry date 02/08/05]
```